**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01147-CV

### ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants
### V.
### FREDDIE PRICE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## ORDER

In accordance with our March 5, 2020 order, the parties have filed a joint status report informing the Court they have been unable to resolve the underlying dispute but continue to attempt to resolve the issue on appeal. Appellee has also separately filed an agreed motion to extend time to file her responsive brief.

We **GRANT** the extension motion and **ORDER** appellee's responsive brief, a status report, or a motion to dismiss the appeal be filed no later than April 13, 2020.

/s/    BILL WHITEHILL
       JUSTICE